No. 81–6556.  BIRDEN *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 81–6557.  GOPMAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–6561.  PIETROWSKI *v.* ESTELLE.  C. A. 5th Cir. Certiorari denied.

No. 81–6562.  REITER *v.* THOMAS.  Ct. App. Tex., 10th Sup. Jud. Dist.  Certiorari denied.

No. 81–6563.  WILLIAMS *v.* ARKANSAS PUBLIC SERVICE COMMISSION.  Sup. Ct. Ark.  Certiorari denied.

No. 81–6568.  TURNER *v.* ROSE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–6569.  BRAGG *v.* LEVERETTE, WARDEN, WEST VIRGINIA PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 81–6574.  BOAG *v.* RAINES, INSTITUTIONAL ADMINISTRATOR, ARIZONA STATE PRISON.  C. A. 9th Cir.  Certiorari denied.

No. 81–6575.  HOLSEY *v.* ELLIS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 81–6578.  MOBLEY *v.* TABOR ET AL.  C. A. 11th Cir. Certiorari denied.

No. 81–6579.  ATKINS *v.* GREER, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–6580.  RIVERA *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.